**David William BARONE, Plaintiff—Appellant,**

v.

**Daniel M. LONG, Circuit Court Administrative Judge, Defendant—Appellee.**

No. 08–6469.

United States Court of Appeals, Fourth Circuit.

Submitted: June 19, 2008.

Decided: June 25, 2008.

David William Barone, Appellant Pro Se.

Elissa Doe Levan, Assistant Attorney General, Office of the Attorney General of Maryland, Baltimore, Maryland, for Appellee.

Before WILKINSON, NIEMEYER, and MICHAEL, Circuit Judges.

Dismissed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

David William Barone appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2000) complaint under 28 U.S.C. § 1915(e)(2)(B). We have reviewed the record and find that this appeal is frivolous. Accordingly, we dismiss the appeal for the reasons stated by the district court. *See Barone v. Long,* No. 1:08–cv–00629–BEL (D.Md. March 18, 2008). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*